# EXHIBIT 2

| STATE OF MINNESOTA | DISTRICT COURT |
|---|---|
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

| | |
|---|---|
| Lee Michael Pederson,<br><br>    Plaintiff,<br><br>v.<br><br>Phillip Frost, OPKO Health, Inc., Brian Keller, CoCrystal Pharma, Inc., and J. Does 1–50,<br><br>    Defendants. | Case Type: Other Civil<br>Court File No.: \_\_\_\_<br><br><br>**NOTICE TO STATE COURT OF REMOVAL** |

**TO:** Clerk of the Hennepin County District Court, State of Minnesota, and Plaintiff Lee Michael Pederson, 2126 Lyndale Ave S., #6, Minneapolis, MN 55405.

**PLEASE TAKE NOTICE** that on December 29, 2017, Defendant OPKO Health, Inc. filed in the United States District Court for the District of Minnesota a Notice of Removal of this action to the United States District Court for the District of Minnesota. The Complaint has not yet been filed with this Court, and therefore, no court file number has been assigned. A true and correct copy of Defendant's Notice of Removal and supporting documents is attached.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 the filing of the Notice of Removal with the United States District Court, together with the filing of this Notice of Filing of Notice of Removal with this Court, effects the removal of this action, and this Court shall proceed no further unless and until the case has been remanded.

Dated:  December 29, 2017           /s/Joseph T. Dixon, III
                                    Joseph T. Dixon, III (#0283903)
                                    Alexander D. Chiquoine (#0396420)
                                    **FREDRIKSON & BYRON, P.A.**
                                    200 South Sixth Street, Suite 4000
                                    Minneapolis, MN  55402-1425
                                    Telephone:  612.492.7000
                                    jdixon@fredlaw.com
                                    achiquoine@fredlaw.com

                                    *and*

                                    Brian P. Miller (*pro have vice* in federal court forthcoming)
                                    Samantha J. Kavanaugh (*pro have vice* in federal court forthcoming)
                                    **AKERMAN LLP**
                                    98 Southeast Seventh St., Ste. 1100
                                    Miami, FL 33131
                                    Telephone:  305.374.5600
                                    Facsimile:  305.374.5095
                                    brian.miller@akerman.com
                                    samantha.kavanaugh@akerman.com

                                    ***Attorneys for Defendants Phillip Frost and OPKO Health, Inc.***