# UNITED STATES DISTRICT COURT
# DISCTRICT OF MINNESOTA

| | |
|---|---|
| Lee Michael Pederson,<br>Plaintiff,<br><br>v.<br><br>Phillip Frost, OPKO Health, Inc., Brian Keller, CoCrystal Pharma, Inc., and J. Does 1–50,<br>Defendants. | Court File No. 17-cv-5580 (WMW/BRT)<br><br>**PLAINTIFF'S LETTER TO JUDGE THORSON** |

## PLAINTIFF'S LETTER TO JUDGE THORSON
## REGARDING JUDGE'S REQUEST TO PLAINTIFF

Your Honor,

    At the oral hearing that was held on Tuesday, May 28, you requested that I provide you with the paragraph numbers in my amended complaint that refer to the "fraud memos" I wrote after I noticed my withdrawal from BioZone in 2012.  I apologize for the delay.  Your Assistant Melissa Kruger suggested that I send this information to you in a letter.  The paragraph numbers are 119 and 120.

Date:  May 31, 2018          Plaintiff's Signature    /s/ Lee Pederson

                                              Lee Michael Pederson
                                              Pro se
                                              MN Atty. No. 225605
                                              2126 Lyndale Ave S #6
                                              Minneapolis, MN  55405
                                              952-836-7949
                                              LeeMPete@aol.com