## UNITED STATES DISTRICT COURT
### District of Minnesota

Lee Michael Pederson

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 17-cv-5580 (WMW/BRT)

Phillip Frost; Opko Health, Inc.; Brian Keller; CoCrystal Pharma, Inc., and J. Does 1-50,

Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff Lee Michael Pederson's objections to the July 11, 2018 R&R, (Dkt. 75), are OVERRULED.

2. The July 11, 2018 R&R is ADOPTED.

3. Defendants' motion to dismiss the amended complaint, (Dkt. 59), is GRANTED.

4. The amended complaint, (Dkt. 49), is DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction.

5. Plaintiff Lee Michael Pederson's written and oral requests to supplement the record, (Dkts. 67, 71), are DENIED.

Date: 9/13/2018

KATE M. FOGARTY, CLERK

s/M. Price

(By)   M. Price, Deputy Clerk