# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  18-3195
_____

Lee Michael Pederson

Plaintiff - Appellant

v.

Phillip Frost; Opko Health, Inc.; Brian Keller; CoCrystal Pharma, Inc.; J. Does 1-50

Defendants - Appellees

Appeal from U.S. District Court for the District of Minnesota
(0:17-cv-05580-WMW)

## JUDGMENT

Before LOKEN, SHEPHERD, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 10, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans